UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
AT NEW ALBANY

| | | |
|---|---|---|
| E'TALKA LACY, | ) | *Electronically Filed* |
| | ) | **CASE NO.** 4:21-cv-133 |
| PLAINTIFF | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| CAESARS RIVERBOAT CASINO, LLC | ) | |
| | ) | |
| DEFENDANT | ) | |

## NOTICE OF REMOVAL

Comes the Defendant, Caesars Riverboat Casino, LLC ("Caesars"), by counsel, for its Notice of Removal from the Harrison Circuit Court to this Court pursuant to 28 U.S.C. § 1332, 1441, 1446, hereby files this Notice of Removal. As ground for removal of this action, Caesars respectfully states as follows:

1. On August 3, 2021, the Plaintiff, E'Talka Lacy ("Plaintiff"), commenced this civil action against Caesars in the Harrison Circuit Court, designated therein as Civil Action No. 31C01-2108-CT-000023. True and complete copies of the process, pleadings, and orders served upon and filed by all parties in this action are attached as **Exhibit 1**.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (b) because there is diversity of citizenship between the parties and the total amount claimed by Plaintiff exceeds the jurisdictional minimum of $75,000, though Defendant denies liability to Plaintiff's claims for damages.

3. The amount in controversy exceeds $75,000, exclusive of interest in costs.

4. Plaintiff is citizen of Kentucky.

5.  Pursuant to *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998), "the citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members." Pursuant to 28 U.S.C. § 1332 (c)(1), a corporation shall be deemed a citizen of its state of incorporation and the state where it has its principal place of business.

6.  Caesars Riverboat Casino, LLC is wholly owned by and has as its sole member Roman Holding Company of Indiana, LLC. Roman Holding Company of Indiana, LLC is wholly owned by and has as its sole member Caesars World, LLC. Caesars World, LLC is wholly owned by and has as its sole member CEOC, LLC. CEOC, LLC is wholly owned by and has as its sole member Caesars Resort Collection, LLC. Caesars Resort Collection, LLC is wholly owned by and has as its sole member Caesars Growth Partners, LLC. Caesars Growth Partners, LLC is wholly owned by and has as its sole member Caesars Holdings, Inc. Caesars Holdings, Inc. is incorporated in Delaware and has its principal place of business in the State of Nevada. Therefore, Caesars Riverboat Casino, LLC is a citizen of Delaware and Nevada.

7.  This action arises from an incident that occurred on August 22, 2019. The Complaint alleges that Plaintiff was injured in an incident at a property owned and operated by Caesars.

8.  This action is removable to this District Court pursuant to 28 U.S.C. § 1441(a). This District and Division constitute the appropriate forum to which this action should be removed. The Harrison Circuit Court is within the New Albany Division.

9.  Venue is vested in this Court pursuant to 28 U.S.C. § 1391 since this is a civil action where jurisdiction is founded on diversity of citizenship and the events complained of occurred in the Southern District of Indiana.

10. Pursuant to 28 U.S.C. § 1446(b), removal must be filed within thirty days after receipt of the initial pleadings setting forth the claim for relief.

11. The Notice tendered herewith is being filed on August 26, 2021, within thirty days of the receipt of Plaintiff's Complaint, which was originally filed on August 3, 2021, thus making removal timely.

12. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel as of the date of this filing.

13. True and correct copies of the pleadings enumerated were filed with the Clerk of the Harrison Circuit Court as of the date of this filing.

**WHEREFORE**, Defendant, requests the removal of this action from the Harrison Circuit Court to this Court for all other appropriate procedures.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

*/s/ Joshua J. Leckrone*

Joshua J. Leckrone
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:   (502) 785-9090
Facsimile:    (502) 742-0326
Email:         Josh@WaltersRichardson.com
COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on this the 26th day of August, 2021 by mailing a true and accurate copy to the following:

Ryan Russell
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY 40217
*Counsel for Plaintiff*

                                  */s/ Joshua J. Leckrone*

                                  COUNSEL FOR DEFENDANT

7575.007145C:\NRPortbl\Golden_and_Walters\MAEVE\1557737_1.docx