This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## E'Talka Lacy v. Caesars Entertainment, Inc., Caesars Southern Indiana Propco LLC

| | |
|---|---|
| Case Number | 31C01-2108-CT-000023 |
| Court | Harrison Circuit Court |
| Type | CT - Civil Tort |
| Filed | 08/03/2021 |
| Status | 08/03/2021 , Pending  (active) |

## Parties to the Case

Defendant   Caesars Entertainment, Inc.

Address
3930 Howard Hughes Parkway
Las Vegas, NV 89109

Defendant   Caesars Southern Indiana Propco LLC

Address
535 Madison Avenue
20th Floor
New York, NY 10022

Plaintiff    Lacy, E'Talka

Address
c/o Alex R. White PLLC
908 Minoma Avenue
Louisville, KY 40217

Attorney
Ryan Thomas Russell
*#3505610, Retained*

908 Minoma Avenue
Louisville, KY 40217
502-882-7552(W)

## Chronological Case Summary

08/03/2021   **Case Opened as a New Filing**

08/03/2021   **Subpoena/Summons Filed**
Summons-Caesars

| | |
|---|---|
| Filed By: | Lacy, E'Talka |
| File Stamp: | 08/03/2021 |

08/03/2021   **Complaint/Equivalent Pleading Filed**
Complaint

| | |
|---|---|
| Filed By: | Lacy, E'Talka |
| File Stamp: | 08/03/2021 |

EXHIBIT 1

| 08/03/2021 | **Subpoena/Summons Filed** | |
| | Summons-Caesars Propco | |
| | Filed By: | Lacy, E'Talka |
| | File Stamp: | 08/03/2021 |

| 08/03/2021 | **Appearance Filed** | |
| | Appearance of Ryan Russell on behalf of E'Talka Lacy | |
| | For Party: | Lacy, E'Talka |
| | File Stamp: | 08/03/2021 |

| 08/11/2021 | **Document Filed** | |
| | Green cards addessed to Corporation Service Company, both signature stamped by Mary Coleman | |
| | Filed By: | Lacy, E'Talka |
| | File Stamp: | 08/10/2021 |

| 08/24/2021 | **Subpoena/Summons Filed** | |
| | Summons to Caesars Riverboat Casino, LLC filed with Amended Complaint and Amended Appearance of Ryan Russell for E'Talka Lacy (RG made separate entries for CCS for Amended Appearance and Amended Complaint) | |
| | Filed By: | Lacy, E'Talka |
| | File Stamp: | 08/24/2021 |

| 08/24/2021 | **Amended Pleading Filed** | |
| | Complaint (amended Defendants) | |
| | Filed By: | Lacy, E'Talka |
| | File Stamp: | 08/24/2021 |

| 08/24/2021 | **Appearance Filed** | |
| | Amended Appearance of Ryan Russell for E'Talka Lacy | |
| | Attorney: | Russell, Ryan Thomas |
| | For Party: | Lacy, E'Talka |
| | File Stamp: | 08/24/2021 |

| 08/25/2021 | **Clerk Administrative Event** | |
| | Clerk executed Summons to Corporation Service Company and emailed back to Attorney for their Service via Certified Mail to Defendant | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Lacy, E'Talka**

Plaintiff

**Balance Due** (as of 08/26/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|

| Date | Description | Amount |
|------|-------------|--------|
| 08/03/2021 | Transaction Assessment | 157.00 |
| 08/03/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**FORM 86-1**

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE SUPERIOR COURT** |
| | ) SS: | |
| **COUNTY OF SCOTT** | ) | Case Number: |

E'TALKA LACY

      Plaintiff,

v.

CAESARS ENTERTAINMENT, INC. and

CAESARS SOUTHERN INDIANA PROPCO LLC

      Defendants.


**<u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>**


**This Appearance Form must be filed on behalf of every party in a civil case.**

1.  The party on whose behalf this form is being filed is:
Initiating \_\_X\_\_          Responding \_\_\_\_        Intervening \_\_\_\_ ; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party:  E'Talka Lacy

Address of party:  5209 Russett Boulevard, Louisville, Kentucky 40218

Telephone # of party:  502-654-8439

*(List on a continuation page additional parties this attorney represents in this case.)*

2.  Attorney information for service as required by Trial Rule 5(B)(2)

Name:  Ryan Russell    Attorney Number:  35056-10

Address:  908 Minoma Avenue, Louisville, KY  40217

Phone:  (502) 882-7552

Facsimile:  (502) 585-3559

Email Address:  ryan@arwhitelaw.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a SC case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No __X__

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No __X__  The party shall use the following address for purposes of legal service:

_____X_____     Attorney's address

_____     The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____     Another address (provide)

_____

This case involves a petition for involuntary commitment.  Yes _____ No __X__

6.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

_____

b.  State of Residence of person subject to petition: _____

c.  At least one of the following pieces of identifying information:

(i)   Date of Birth _____

(ii)  Driver's License Number _____

State where issued _____ Expiration date _____

(iii) State ID number _____

State where issued _____ Expiration date _____

(iv) FBI number _____

(v) Indiana Department of Corrections Number _____

(vi) Social Security Number is available and is being provided in an attached
confidential document Yes _____ No _____

7. There are related cases: Yes _____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule:
_____

9. There are other party members: Yes _____ No__X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

Yes____ No_X_

_/s/ Ryan Russell_____
Attorney-at-Law
(Attorney information shown above.)

NO. _____

HARRISON CIRCUIT COURT
DIVISION _____
JUDGE _____

**E'TALKA LACY**                                           **PLAINTIFF**

v.

**CAESARS ENTERTAINMENT, INC.**                  **DEFENDANTS**
3930 Howard Hughes Parkway
Las Vegas, Nevada 89109

Serve:  Corporation Service Company
        251 East Ohio Street
        Suite 500
        Indianapolis, Indiana 46204

**CAESARS SOUTHERN INDIANA PROPCO LLC**
535 Madison Avenue, 20th Floor
New York, New York 10022

Serve:  Corporation Service Company
        135 North Pennsylvania Street
        Suite 1610
        Indianapolis, Indiana 46204

## COMPLAINT

\*          \*          \*          \*          \*

Comes the Plaintiff, E'Talka Lacy, by and through undersigned counsel, and for her cause
of action against Defendants Caesars Entertainment, Inc. (hereinafter, "Caesars") and Caesars
Southern Indiana Propco LLC (hereinafter, "Caesars Propco") hereby states as follows:

1.      The incident giving rise to this action occurred in Elizabeth, Harrison County,
        Indiana.

2.      At all times relevant hereto, the Plaintiff, E'talka Lacy, resided in Louisville,
        Jefferson County, Kentucky.

3.     At all times relevant hereto, Defendant Caesars is a corporation with its principal office located in Las Vegas, Nevada.  Defendant Caesar's registered agent is Corporation Service Company located at 251 E. Ohio Street, Suite 500, Indianapolis, Indiana 46204. Defendant has the required minimum contacts in Harrison County, Indiana to be subject to the jurisdiction of this Court.

4.     At all times relevant hereto, Defendant Caesar's Propco is corporation with its principal office located in New York, New York.  Defendant Caesar Propco's registered agent is Corporation Service Company, located at 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204. Defendant has the required minimum contacts in Harrison County, Indiana to be subject to the jurisdiction of this Court.

5.     This incident took place at the Horseshoe Casino, now known as Caesars Southern Indiana located at 11999 Casino Center Drive SE, Elizabeth, Indiana 47117.  Plaintiff fell on the riverboat which at all times relevant was owned, operated, supervised and/or controlled by the Defendants.  The riverboat and casino are hereafter referred to as "the Premises."

6.     The Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

7.     Jurisdiction and venue are proper in this Court.

8.     At all times relevant hereto, the Defendants, by and through their agents, ostensible agents, servants, employees and/or representatives, had a duty to maintain and keep the Premises safe for the use of individuals legally coming upon same, along with warning its invitees of all known dangerous conditions; Defendants had a duty to maintain the facility in a safe and reasonable manner.

9.      Plaintiff was a business invitee.

10.     On or about August 22, 2019, Plaintiff slipped on a puddle of water between the entrance doors as she was preparing to exit the Premises.

11.     The Plaintiff fell several feet, causing personal injury.

12.     Defendants, in exercise of reasonable care, should have known of the unreasonably dangerous condition that caused the Plaintiff to fall.

13.     Defendants should have corrected the condition or warned Plaintiff of its presence, but failed to do so.

14.     As a direct and proximate result of the negligent acts and/or omissions of the Defendants and their agents, the Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, mental anguish and lost enjoyment of life.

15.     The riverboat on which Plaintiff fell has been sold. Its whereabouts are unknown.

**WHEREFORE**, the Plaintiff, by and through undersigned counsel, respectfully demands judgment against the Defendants as follows:

1.      For an amount of compensatory damages that is fair and reasonable as established by the evidence;

2.      For prejudgment interest from the date of injury until such time as judgment is paid;

3.      For her costs herein expended; and

4.      For any and all other relief to which she may be entitled.

Respectfully submitted,

**Alex R. White, PLLC**


*/s/ Ryan Russell*_____
Ryan Russell #35056-10
908 Minoma Avenue
Louisville, KY 40217
Telephone: (502) 882-7552
ryan@arwhitelaw.com
*Counsel for Plaintiff*

4





Filed: 8/10/2021 4:27 PM
Harrison County Clerk
Harrison County, Indiana

USPS TRACKING #

INDIANAPOLIS IN 460
6 AUG 2021 PM 6 L

9590 9402 3747 7335 4856 35

First-Class Mail
Postage & Fees Paid
USPS

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Alex R. White, PLLC
908 Minoma Ave.
Louisville, KY 40217

USPS TRACKING #

INDIANAPOLIS IN 460
6 AUG 2021 PM 6 L

9590 9402 3747 7335 4856 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Alex R. White, PLLC
908 Minoma Ave.
Louisville, KY 40217

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Mary Coleus*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Corporation Service Company
135 North Pennsylvania Street
Suite 1610
Indianapolis, Indiana 46204

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

AUG 0 6 2021

||||||||||||||||||||||||||||||
9590 9402 3747 7335 4856 35

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 1290 0001 9162 2501

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Mary Coleus*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Corporation Service Company
251 East Ohio Street
Suite 500
Indianapolis, Indiana 46204

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

AUG 0 6

||||||||||||||||||||||||||||||
9590 9402 3747 7335 4856 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 1290 0001 9162 5502

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

Filed: 8/24/2021 3:51 PM
Harrison County Clerk
Harrison County, Indiana

**FORM 86-1**

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | IN THE ~~SUPERIOR~~ CIRCUIT COURT |
| | ) SS: | |
| **COUNTY OF HARRISON** | ) | Case Number:  31C01-2108-CT-000023 |

E'TALKA LACY

      Plaintiff,

v.

CAESARS RIVERBOAT CASINO, LLC

      Defendant.


## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>


**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating __X__                Responding ____        Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:  E'Talka Lacy

   Address of party:  5209 Russett Boulevard, Louisville, Kentucky 40218

   Telephone # of party:  502-654-8439

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name:  Ryan Russell    Attorney Number:  35056-10

   Address:  908 Minoma Avenue, Louisville, KY  40217

   Phone:  (502) 882-7552

   Facsimile:  (502) 585-3559

   Email Address:  ryan@arwhitelaw.com


**IMPORTANT**:  Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a SC case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No __X__

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No __X__  The party shall use the following address for purposes of legal service:

    ____X____    Attorney's address

    _____    The Attorney General Confidentiality program address
                    (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

    _____    Another address (provide)

                 _____

This case involves a petition for involuntary commitment.  Yes _____ No __X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

            _____

    b.  State of Residence of person subject to petition: _____

    c.  At least one of the following pieces of identifying information:

        (i)  Date of Birth _____

        (ii)  Driver's License Number _____

            State where issued _____ Expiration date _____

(iii)  State ID number _____

    State where issued _____ Expiration date _____

(iv)  FBI number _____

(v)  Indiana Department of Corrections Number _____

(vi)  Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7.  There are related cases: Yes _____ No __X__ *(If yes, list on continuation page.)*

8.  Additional information required by local rule:

    _____

9.  There are other party members: Yes _____ No__X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes___ No_X_

                     */s/ Ryan Russell*_____
                     Attorney-at-Law
                     (Attorney information shown above.)

IN THE CIRCUIT COURT OF HARRISON COUNTY
STATE OF INDIANA

E'TALKA LACY

                          *Plaintiff*

v.                                          Cause No. 31C01-2108-CT-000023

CAESARS RIVERBOAT CASINO, LLC
                          *Defendant*

_____

**SUMMONS**

_____

**SERVE:**          **Corporation Service Company**
                    **135 North Pennsylvania Street**
                    **Suite 1610**
                    **Indianapolis, Indiana 46204**

You have been sued by the person named "Plaintiff" in the Court stated above.

The nature of the proceedings against you is stated in the Complaint attached to this Summons.  It also states the demand that the Plaintiff has made against you.

You must answer the Complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you received this Summons, (you have twenty three (23) days to answer if this Summons was received by certified mail), or judgment will be entered against you for what the Plaintiff has demanded.

If you deny the demand and/or have any claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

It is suggested that you consult with an attorney of your choice regarding this matter.

**The following manner of service of Summons is hereby designated:   Certified Mail**

DATED: **August 25, 2021**
_____          *Sherry L Brown*
                                 _____(Seal)
                                 Clerk, Circuit Court of Harrison County

Ryan Russell (35056-10)
Alex R. White, PLLC                      Harrison County Circuit Court
908 Minoma Avenue                        300 North Capitol Ave.
Louisville, Kentucky 40217               Room #203
(502) 882-7552 | (502) 585-3559 fax      Corydon, IN 47112

### CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of the summons and a copy of the complaint to the defendant, Caesars Riverboat Casino, LLC via its registered agent, Corporation Service Company at 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204, by certified mail, return receipt requested.

DATED: _____     _____(Seal)
                                    Clerk, Circuit Court of Harrison County

### CLERK'S CERTIFICATE OF MAILING - ACCEPTANCE BY DEFENDANT

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to the defendant, Caesars Riverboat Casino, LLC via its registered agent, Corporation Service Company at 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204, was accepted by the defendant, on _____, 2021.

DATED: _____     _____(Seal)
                                    Clerk, Circuit Court of Harrison County

### CLERK'S CERTIFICATE OF MAILING - NOT ACCEPTED BY DEFENDANT

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to the defendant, Caesars Riverboat Casino, LLC via its registered agent, Corporation Service Company at 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204 was returned not accepted by defendant on _____, 2021.

DATED: _____     _____(Seal)
                                    Clerk, Circuit Court of Harrison County

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify and return that I have served this summons on the _____ day of _____, 20_____.:

(1)     By delivering a copy of the summons and a copy of the Complaint to the Defendant, Caesars Riverboat Casino, LLC via its registered agent, Corporation Service Company at 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204.

OR

(2)     By leaving a copy of the summons and a copy of the Complaint at 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204, the dwelling place or usual place of abode of the registered agent of Defendant, Caesars Riverboat Casino, LLC, at said address on the same date via first class mail.

(3)     Other service or remarks:

_____
_____
_____

DATED: _____          _____(Seal)
                                         Sheriff

                                         By: _____
                                              Deputy

3

NO. 31C01-2108-CT-000023                          HARRISON CIRCUIT COURT
                                                  JUDGE JOHN T. EVANS


**E'TALKA LACY**                                              **PLAINTIFF**

v.

**CAESARS RIVERBOAT CASINO, LLC**                             **DEFENDANT**
One Caesars Palace Drive
Las Vegas, Nevada 89109

Serve:  Corporation Service Company
        135 North Pennsylvania Street
        Suite 1610
        Indianapolis, Indiana 46204


## <u>COMPLAINT</u>

*       *       *       *       *

Comes the Plaintiff, E'Talka Lacy, by and through undersigned counsel, and for her cause

of action against Defendant Caesars Riverboat Casino, LLC (hereinafter, "Caesars") hereby states

as follows:

1.      The incident giving rise to this action occurred in Elizabeth, Harrison County,

        Indiana.

2.      At all times relevant hereto, the Plaintiff, E'talka Lacy, resided in Louisville,

        Jefferson County, Kentucky.

3.      At all times relevant hereto, Defendant Caesars Riverboat Casino is corporation

        with its principal office located in Las Vegas, Nevada.  Defendant Caesars Riverboat

        Casino's registered agent is Corporation Service Company, located at 135 North

        Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204. Defendant has the required

minimum contacts in Harrison County, Indiana to be subject to the jurisdiction of this Court.

4.      This incident took place at the Horseshoe Casino, now known as Caesars Southern Indiana located at 11999 Casino Center Drive SE, Elizabeth, Indiana 47117.  Plaintiff fell on the riverboat which at all times relevant was owned, operated, supervised and/or controlled by the Defendants.  The riverboat and casino are hereafter referred to as "the Premises."

5.      The Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

6.      Jurisdiction and venue are proper in this Court.

7.      At all times relevant hereto, the Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, had a duty to maintain and keep the Premises safe for the use of individuals legally coming upon same, along with warning its invitees of all known dangerous conditions; Defendant had a duty to maintain the facility in a safe and reasonable manner.

8.      Plaintiff was a business invitee.

9.      On or about August 22, 2019, Plaintiff slipped on a puddle of water between the entrance doors as she was preparing to exit the Premises.

10.     The Plaintiff fell several feet, causing personal injury.

11.     Defendant, in exercise of reasonable care, should have known of the unreasonably dangerous condition that caused the Plaintiff to fall.

12.     Defendant should have corrected the condition or warned Plaintiff of its presence, but failed to do so.

13.     As a direct and proximate result of the negligent acts and/or omissions of the Defendant and its agents, the Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, mental anguish and lost enjoyment of life.

14.     The riverboat on which Plaintiff fell has been sold. Its whereabouts are unknown.

**WHEREFORE**, the Plaintiff, by and through undersigned counsel, respectfully demands judgment against the Defendants as follows:

1.      For an amount of compensatory damages that is fair and reasonable as established by the evidence;

2.      For prejudgment interest from the date of injury until such time as judgment is paid;

3.      For her costs herein expended; and

4.      For any and all other relief to which she may be entitled.

Respectfully submitted,

**Alex R. White, PLLC**

*/s/ Ryan Russell*
Ryan Russell #35056-10
908 Minoma Avenue
Louisville, KY 40217
Telephone: (502) 882-7552
ryan@arwhitelaw.com
*Counsel for Plaintiff*

IN THE HARRISON COUNTY CIRCUIT COURT
INDIANA

E'TALKA LACY

PLAINTIFF,

VS.

CAESARS RIVERBOAT CASINO, LLC

DEFENDANT

**CAUSE NO. 31C01-2108-CT-000023**
*Electronically Filed*

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1.      The party on whose behalf this form is being filed is:

Initiating _____        Responding __X__      Intervening _____ ; and

the undersigned attorney and all attorneys listed on this form now appear in this

case for the following parties:

Name of party: Caesars Riverboat Casino, LLC

Address of party: 11999 Casino Center Drive Elizabeth, IN 47117

Telephone number of party: 1-866-676-7463

2.      The attorneys response for the representation of the above identified initiating

party is:

| | |
|---|---|
| Name: Douglas P. Dawson | Attorney No. 29645-22 |
| Address: Walters Richardson, PLLC<br>920 Lily Creek Rd., Ste. 102<br>Louisville, KY 40243 | Telephone No.: 502-785-9090<br>Fax No.: 502-742-0326<br>Email: Doug@WaltersRichardson.com |

3.      Undersigned certifies that the contact information listed on the Indiana Supreme

Court Roll of Attorneys for each attorney is current and accurate as of the date the appearance is

filed.

4.      Undersigned acknowledges that all orders, opinions, notices and all documents served under Trial Rule 86(G) will be sent to the attorney at the email address(es) on the Indiana Roll of Attorneys regardless of other contact information supplied by the attorney; and

Undersigned acknowledges that it is their sole responsibility for keeping their contact information with the Indiana Roll of Attorneys accurate per Ind. Admis. Disc. R. 2(A).

Respectfully submitted,

WALTERS RICHARDSON, PLLC

*/s/ Douglas P. Dawson*

Douglas P. Dawson    (Bar #: 29645-22)
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:    (502) 785-9090
Facsimile:    (502) 742-0326
Email:         Doug@WaltersRichardson.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served on the following on the 26th day of August, 2021 via the Indiana E-Filing System:

Ryan Russell
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY 40217
ryan@arwhitelaw.com
*Counsel for Plaintiff*

*/s/ Douglas P. Dawson*

COUNSEL FOR DEFENDANT

IN THE HARRISON COUNTY CIRCUIT COURT
INDIANA

|  |  |  |
|---|---|---|
| E'TALKA LACY | ) | |
| | ) | |
| | ) | **CAUSE NO. 31C01-2108-CT-000023** |
| PLAINTIFF, | ) | *Electronically Filed* |
| | ) | |
| VS. | ) | |
| | ) | |
| CAESARS RIVERBOAT CASINO, LLC | ) | |
| | ) | |
| DEFENDANT | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

Please take notice that, pursuant to 28 U.S.C. § 1446(d), Defendant, Caesars Riverboat Casino, LLC, has on this 26th day of August 2021 removed this action by filing a Notice of Removal in the United States District Court for the Southern District of Indiana, New Albany Division, together with a complete copy of all process, pleadings, and orders served upon these Defendant in the state court action as of the date of the filing of the removal. A complete, true, and correct copy of such Notice of Removal, without exhibits, is attached hereto as Exhibit A.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

*/s/ Douglas P. Dawson*

_____
Douglas P. Dawson    (Bar #: 29645-22)
920 Lily Creek Road, Suite 102
Louisville, Kentucky 40243
Telephone:    (502) 785-9090
Facsimile:    (502) 742-0326
Email:        Doug@WaltersRichardson.com
COUNSEL FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing has been served on the following on the 26th day of

August, 2021 via the Indiana E-Filing System:

Ryan Russell
Alex R. White, PLLC
908 Minoma Avenue
Louisville, KY 40217
ryan@arwhitelaw.com
*Counsel for Plaintiff*

*/s/ Douglas P. Dawson*
_____
COUNSEL FOR DEFENDANT

7575.007145C:\NRPortbl\Golden_and_Walters\MAEVE\1557763_1.docx